```
                  ___ FILED         ___ RECEIVED
                  ___ ENTERED       ___ SERVED ON
                               COUNSEL/PARTIES OF RECORD

                         JUL 24 2017

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                  BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH ERICKSON,

    Plaintiff,

v.

WARDEN BACCA et al.,

    Defendants.

3:17-cv-00308-MMD-VPC

**ORDER**

## I. DISCUSSION

On July 12, 2017, this Court issued an order denying Plaintiff's application to proceed *in forma pauperis* without prejudice to file a new application because Plaintiff's application had been incomplete. (ECF No. 17). On July 17, 2017, Plaintiff filed a new application to proceed *in forma pauperis*. (ECF No. 19). However, this application is also incomplete.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has not submitted a properly executed financial certificate on this Court's approved form[1] or an inmate account statement. (*See* ECF No. 19). As such, the *in forma pauperis* application is denied without prejudice. The Court will retain Plaintiff's civil rights complaint (ECF No. 21), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted one final opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma*

---

[1] An authorized prison official must complete the financial certificate. Plaintiff is not an authorized prison official.

1  *pauperis*. If Plaintiff files another incomplete application to proceed *in forma pauperis*, the
2  Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff
3  is able to acquire the necessary documents to file a complete application to proceed *in forma*
4  *pauperis*.

5  **II.   CONCLUSION**

6   For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in*
7  *forma pauperis* (ECF No. 19) is DENIED without prejudice to file a new application.

8   IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the
9  approved form application to proceed *in forma pauperis* by a prisoner, as well as the document
10  entitled information and instructions for filing an *in forma pauperis* application.

11   IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order,
12  Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the
13  correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or
14  (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50
15  administrative fee).

16   IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma*
17  *pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a
18  new case when he is able to acquire the necessary documents to file a complete application
19  to proceed *in forma pauperis*.

20   IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
21  dismissal of this action may result.

22   IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF
23  No. 21), but shall not file it at this time.

24
25   DATED: This 24th day of July, 2017.

26
27   United States Magistrate Judge
28

2